UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BARBARA LYNN PHILLIPS,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>LAVELLE PARKER,<br><br>　　　　　Respondent. | Case No. 5:24-cv-00108-WDK (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Docket No. 1), the Motion to Dismiss the Petition ("Motion to Dismiss," Docket No. 16), the relevant records and files herein, the Report and Recommendation of the United States Magistrate Judge ("Report," Docket No. 21), and Petitioner's Objection to the Report ("Objection," Docket No. 23). The Court has engaged in a de novo review of those portions of the Report to which Petitioner objected and does not find any need to alter or modify the Report. Accordingly, the Objection is overruled. The Court accepts and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge.

\\\

\\\

1

IT THEREFORE IS ORDERED that Judgment be entered denying the Motion to Dismiss as moot and dismissing this action without prejudice.

IT IS SO ORDERED.

Dated: January 21, 2025

WILLIAM D. KELLER
United States District Judge