JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BARBARA LYNN PHILLIPS, | Case No. 5:24-cv-00108-WDK (DTB) |
| Petitioner, | |
| v. | **JUDGMENT** |
| LAVELLE PARKER, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  January 21, 2025

WILLIAM D. KELLER
United States District Judge

1